```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 00287
   RONUELO S MOLANO
   SHARON L MOLANO                                  CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3445     SSN XXX-XX-6058
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/08/07 and confirmed on 03/21/07.

   2.  The case was dismissed after confirmation, 05/16/2008.

   3.  The Debtor paid a total of $   5858.66 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 14500.00 | 1128.97 | 1684.59 |
| STERLING INC | SECURED | 500.00 | 31.22 | 213.43 |
| BENEFICIAL FINANCE CORPO | SECURED | 2000.00 | 144.29 | 416.14 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | .00 | .00 | .00 |
| BRADFORD EXCHANGE | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 213.09 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 14254.13 | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1343.55 | .00 | .00 |
| B LINE LLC | UNSECURED | 898.07 | .00 | .00 |
| WILLOW FALLS PODIATRY | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 251.07 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 621.65 | .00 | .00 |
| T MOBILE USA | UNSECURED | 239.93 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1855.23 | .00 | .00 |
| STERLING INC | UNSECURED | 702.28 | .00 | .00 |
| BENEFICIAL FINANCE CORPO | UNSECURED | 3248.47 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 6996.15 | .00 | .00 |

         Summary of disbursements:
---
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
---

```
TOTAL CLMS ALLOWED      17000.00            .00        30623.62           .00      47623.62
PRINCIPAL PAID           2314.16            .00             .00           .00       2314.16
INTEREST PAID            1304.48            .00             .00           .00       1304.48
TOTAL PAID               3618.64            .00             .00           .00       3618.64
```

The Debtor's attorney, SCHEINBAUM & WEST                  , was allowed $   3000.00
and was paid $    926.00   direct and $   2007.07   through the plan.

The Trustee received $      232.95 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE